IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY S. GRAY,

      Plaintiff,                             CIV-S-10-0784 GEB GGH PS

      vs.

CITY OF WEST SACRAMENTO,

      Defendant.                           ORDER

_____/

        On August 4, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections.

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The Findings and Recommendations filed August 4, 2010, are ADOPTED; and

        2. This action is dismissed with prejudice.

Dated: August 25, 2010

GARLAND E. BURRELL, JR.
United States District Judge

1